# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 13-7147**                                              **September Term, 2013**

1:09-cv-00648-RWR

Filed On: December 23, 2013 [1472014]

Han Kim and Yong Seok Kim,

      Appellants

      v.

Democratic People's Republic of Korea,
also known as North Korea and John Does
1-10,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

    Appellants' Brief                                        February 6, 2014

All issues and arguments must be raised by appellants in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. See D.C. Cir. Rule 28(a)(8).

                                                         **FOR THE COURT:**
                                                         Mark J. Langer, Clerk

                                 BY:    /s/
                                                        Michael C. McGrail
                                                        Deputy Clerk