**13-7147**

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

HAN KIM & YONG SEOK KIM,

*Plaintiffs-appellants*

*v.*

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, *et al.*,

*Defendants-appellees*

---

# UNOPPOSED MOTION TO
# MODIFY BRIEFING SCHEDULE

---

    Plaintiffs-appellants
    by their Attorney,

        THE BERKMAN LAW OFFICE, LCC
        *Counsel for the Plaintiffs*

        Meir Katz
        Robert J. Tolchin
        111 Livingston Street, Suite 1928
        Brooklyn, New York 11201
        (718) 855-3627
        MKatzLitigation@gmail.com
        rjt.berkman@gmail.com

Pursuant to Fed. R. App. P. 26(b) and 27 and Circuit Rules 27(h) and 28(e), the Plaintiffs-appellants respectfully request an extension of time in which to file their opening brief. The Defendants-appellees in this case have defaulted and have not opposed this motion or any aspect of this litigation.

By Order dated December 23, 2013, the Clerk fixed February 6, 2014, as the due date for the appellants' opening brief. This appeal raises important issues that are *sui generis* and highly unusual. Preparing the appellant's brief will require more time and effort than usual. Under the circumstances, and particularly given that the defendant has defaulted and is not expected to submit an appellee's brief, and due to the heavy workload of appellant's counsel with briefs in other matters due during the same time period, appellants respectfully request that the Court extend by sixty days—until April 7, 2014—appellants' time to submit their brief.

No prior request for an extension has been made.

Dated:  December 30, 2013
        Baltimore, Maryland

        Respectfully submitted,

        THE BERKMAN LAW OFFICE, LLC
        *Counsel for the Plaintiffs*


        By:  /s/ Meir Katz
        Meir Katz
        Robert J. Tolchin
        111 Livingston Street, Suite 1928
        Brooklyn, New York 11201
        (718) 855-3627
        MKatzLitigation@gmail.com