# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-7147　　　　　　　　　　　　　　　　September Term, 2013

1:09-cv-00648-RWR

**Filed On:** January 3, 2014

Han Kim and Yong Seok Kim,

　　　　Appellants

　　v.

Democratic People's Republic of Korea, also known as North Korea and John Does 1-10,

　　　　Appellees

**O R D E R**

Upon consideration of appellants' motion to modify briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

　　Appellants' Brief　　　　　　　　　　　　　　April 7, 2014

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　Jennifer M. Clark
　　　　　　　　　　　　　　　Deputy Clerk