# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-7147**                                        **September Term, 2013**

1:09-cv-00648-RWR

Filed On: March 26, 2014 [1485471]

Han Kim and Yong Seok Kim,

       Appellants

      v.

Democratic People's Republic of Korea,
also known as North Korea and John Does
1-10,

       Appellees

## O R D E R

Upon consideration of appellants' amended second unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

    Appellants' Brief                                                        May 22, 2014

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                                  BY:     /s/
                                                  Michael C. McGrail
                                                  Deputy Clerk