No. 13-7147
_____(Oral Argument Is Not Yet Scheduled)_____

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

HAN KIM and YONG SEOK KIM,

*Plaintiffs-Appellants,*

v.

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, *et. al.*,

*Defendants-Appellees*

_____

On Appeal from the United States District Court
for the District of Columbia, Dist. Ct. No. 1:09-cv-00648-RWR
_____

THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF
_____

Pursuant to Fed. R. App. P. 26(b) and 27 and Circuit Rules 27(h) and 28(e), the Plaintiffs-Appellants respectfully request a third extension of time in which to file their initial brief. The Defendants-appellees in this case defaulted in the trial court, have not appeared in the Court of Appeals, and have not opposed this motion or any aspect of this litigation.

1. By Order dated December 23, 2013, the Clerk fixed February 6, 2014, as the due date for the appellants' opening brief. On December 30, 2013, Plaintiffs-Appellants filed an unopposed motion for extension of time requesting an additional sixty days to file their initial brief. In an order dated January 3, 2014, the Court granted the motion and ordered that Plaintiffs-Appellants file their initial brief by April 7, 2014.

2. On March 25, 2014, Appellants moved for a second motion for extension of time, which the Court granted, setting May 22, 2014 as the new due date for Appellants' brief.

5. Due to a number of family emergencies in the last two weeks, and an unexpectedly difficult office move this week, I must request a third extension of time to file Appellants' brief.

6. A one-week extension of time should suffice to enable me to properly complete the Appellants' brief.

7. This motion is not made for the purpose of delay, but so that the undersigned counsel may prepare an adequate brief in this case while meeting my other responsibilities.

8. The Defendant-Appellee has not appeared in this court or in the court below, and will not suffer any prejudice by any extension of time.

Accordingly, Plaintiffs-Appellants respectfully request that the Court enter an order allowing Plaintiffs-Appellants an additional 7 days within which to file their brief, to and including May 29, 2014.

Dated, May 15, 2014                    Respectfully Submitted,

/s/ Asher Perlin_____
ASHER PERLIN
Florida Professional Law Group, PLLC
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
954-302-3026
asher@asherperlin.com
Attorney for Plaintiffs-Appellants