# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 13-7147**　　　　　　　　　　　　　　　　**September Term, 2013**

　　　　　　　　　　　　　　　　　　　　　　　　　　1:09-cv-00648-RWR

　　　　　　　　　　　　　　　　　　　　　　**Filed On: May 16, 2014** [1493307]

Han Kim and Yong Seok Kim,

　　　　Appellants

　　v.

Democratic People's Republic of Korea,
also known as North Korea and John Does
1-10,

　　　　Appellees

**O R D E R**

　　Upon consideration of appellants' third unopposed motion for extension of time to file the reply brief, it is

　　**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

　　Appellants' Reply Brief　　　　　　　　　　　　　　May 29, 2014

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　Deputy Clerk